**FILED**
TIME:_____

JAN 24 2006

JAMES BONINI, Clerk
COLUMBUS, OHIO

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

TERRY ALLMAN,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.

CASE NO. 2:05-cv-262
CRIM. NO. 2:03-cr-188
JUDGE MARBLEY
MAGISTRATE JUDGE KEMP

## OPINION AND ORDER

On November 30, 2005, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. §2255 be **DISMISSED**. Although the parties were specifically informed of their right to object to the *Report and Recommendation*, and of the consequences of their failure to do so, there has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED AND AFFIRMED**. This action is hereby **DISMISSED**.

IT IS SO ORDERED.

ALGENON L. MARBLEY
United States District Judge